Nos. 13F0312-102 & 13F0329-102

| | | |
|---|---|---|
| THE STATE OF TEXAS | ) | IN THE DISTRICT COURT |
| | ) | |
| VS. | ) | OF |
| | ) | |
| RICHARD GREG TURNER | ) | BOWIE COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/14/2015 9:41:55 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes, Richard Greg Turner, Defendant in the above styled and numbered causes and gives notice of appeal to the Court of Appeals for the Sixth Appellate District of Texas from the judgments and sentences imposed by the District Court on the 18th day of September, 2015, wherein the Defendant was found guilty of burglary of a habitation and sentenced to 25 years imprisonment and aggravated assault and sentenced to five years imprisonment to run concurrently.

Respectfully submitted,

**Richard Greg Turner, Pro Se**
Bowie County Correctional Facility
105 W. Front
Texarkana, Texas 75501

By _____
Richard Greg Turner

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing Notice of Appeal has been delivered via courier to Honorable Bobby Lockhart, District Judge, Bowie County, Texas and to the Honorable Jerry Rochelle, Bowie County District Attorney, on this _14th_ day of ~~October~~ *December*, 2015.

_Richard Greg Turner_
Richard Greg Turner